# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1043
Lower Tribunal No. 23-CA-007041

_____

JOHN MIMMO,

Appellant,

v.

SUN WEST MORTGAGE COMPANY INC.,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Sherra Winesett, Judge.

February 7, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and SMITH and GANNAM, JJ., concur.


John Mimmo, Fort Myers, pro se.

Charles P. Gufford, of McCalla Raymer Leibert Pierce, LLC, Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED